UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| **Greater Yellowstone Coalition, Inc.** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Christopher Servheen, U.S. Fish and** )<br>**Wildlife Service Grizzly Bear Recovery** )<br>**Coordinator, et al.,** )<br>**Defendants.** )<br>)<br>**National Wildlife Federation, et al.,** )<br>)<br>**Defendant-Intervenors**. )<br>)<br>_____) | **JUDGMENT IN A CIVIL CASE**<br><br>**CV 07-134-M-DWM** |

_____  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_  **Decision by Court.** This action came before the court on a summary judgment motion.

**IT IS HEREBY ORDERED that judgment is hereby entered in favor of the plaintiff and against defendants/defendant-intervenors on Counts I and III of Plaintiff's Complaint; and judgment is hereby entered in favor of defendants/defendant-intervenors and against plaintiff as to the remaining counts of plaintiff's complaint.**

Dated this 21st day of September, 2009.

PATRICK E. DUFFY, CLERK

By: \_\_\_\_B. Warren_____
       Deputy Clerk